JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CRYOBANKS INTERNATIONAL DERIVATIVE LITIGATION | Case No.: CV 08-07244 SJO (Cwx)<br>Judge: Hon. S. James Otero |
| PENNY MCCOY and CHANDRASHEKHAR R. JOSHI, M.D.,<br><br>             Plaintiff,<br><br>vs.<br><br>ZUBAIR KAZI; KAZI FOODS, INC.; KAZI MANAGEMENT VI, LLC;<br><br>             Defendants. | **JUDGMENT AS A MATER OF LAW REGARDING PLAINTIFFS' EIGHTEENTH CAUSE OF ACTION FOR VIOLATION OF 18 U.S.C. § 1962(a), NINETEENTH CAUSE OF ACTION FOR VIOLATION OF 18 U.S.C. § 1962(b), TWENTIETH CAUSE OF ACTION FOR VIOLATION OF 18 U.S.C. § 1962(c), AND TWENTY-FIRST CAUSE OF ACTION FOR VIOLATION OF 18 U.S.C. § 1962(d)** |
| CRYOBANKS INTERNATIONAL, INC.,<br><br>             Nominal Defendant | [*Federal Rules of Civil Procedure*, Rule 50(a)1] |

On September 8, 2010, the Court granted the motion of Defendants Zubair Kazi, Kazi Foods, Inc., and Kazi Management VI, LLC for judgment as a matter of law pursuant to Fed. R. Civ. P 50(a)(1) as to Plaintiffs Eighteenth Cause of Action

i

JUDGMENT AS A MATTER OF LAW

**Error! Unknown document property name.**

For Violation of 18 U.S.C. § 1962(a), Nineteenth Cause of Action For Violation of 18 U.S.C. § 1962(b), Twentieth Cause of Action For Violation of 18 U.S.C. § 1962(c), and Twenty-First Cause of Action For Violation of 18 U.S.C. § 1962(d) (hereinafter collectively the "RICO Claims.") of their Second Amended Complaint.

The court further ordered that a judgment be entered in favor of Defendants Defendants Zubair Kazi, Kazi Foods, Inc., and Kazi Management VI, LLC and against Plaintiffs Penny McCoy and Chanrdashekar R. Joshi, MD regarding the RICO Claims. In accordance with that order,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiffs Penny McCoy and Chanrdashekar R. Joshi, MD shall take nothing and that judgment is hereby entered in favor of Defendants Zubair Kazi, Kazi Foods, Inc., and Kazi Management VI, LLC, and against Plaintiffs on the Eighteenth, Nineteenth, Twentieth and Twenty-First Causes of Action of their Second Amended Complaint, and that costs in the amount of "<u>(Per Cost Bill)</u>"` are awarded in favor of said Defendants and against said Plaintiffs.

Dated: October 7, 2010          *S. James Otero*

_____
United States District Judge

Presented By:

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By: _____
Patrick M. Kelly
Martin K. Deniston
Sean M. Bryn
Attorneys for Defendant ZUBAIR KAZI

JUDGMENT AS A MATTER OF LAW
**Error! Unknown document property name.**